1

2

3

4               UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT OF CALIFORNIA

6

7   EDWIN A. HARDY, et al.,                    Case No.  15-cv-02265-JSW
                Plaintiffs,
8
        v.                                     **ORDER SCHEDULING TRIAL AND
9                                              PRETRIAL MATTERS**

    LINCOLN GENERAL INSURANCE
10  COMPANY,

11              Defendant.

12

13      Following the Case Management Conference, IT IS HEREBY ORDERED that the Case

14  Management Statement is adopted, except as expressly modified by this Order.  It is further

15  ORDERED that:

16      **A.      DATES**

17  Jury Trial: Monday, January 30, 2017, at 8:00 a.m., 10 days

18  Jury Selection: Wednesday, January 25, 2017, at 8:00 a.m.

19  Pretrial Conference:  Monday, January 9, 2017, at 2:00 p.m.

20  Last Day to Hear Dispositive Motions:  Friday, October 14, 2016, 9:00 A.M.

21  Last Day for Expert Discovery:  September 30, 2016

22  Close of Non-expert Discovery:   August 26, 2016

23      **B.      DISCOVERY**

24      The parties are reminded that a failure voluntarily to disclose information pursuant to

25  Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses

26  pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of non-

27  expert discovery, lead counsel for each party shall serve and file a certification that all

28  supplementation has been completed.

United States District Court
Northern District of California

**C.      ALTERNATIVE DISPUTE RESOLUTION**

By agreement of the parties, this matter is referred to private ADR, to be completed by February 17, 2016.  The parties shall promptly notify the Court whether the case is resolved.

**D.      PROCEDURE FOR AMENDING THIS ORDER**

No provision of this order may be changed except by written order of this court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b) without a showing of very good cause.  If the modification sought is an extension of a deadline contained herein, the motion must be brought <u>before</u> expiration of that deadline.  The parties may not modify the pretrial schedule by stipulation.  A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk.  The only discovery schedule that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are specifically set by the court may not be altered by stipulation; rather the parties must obtain leave of Court.

**IT IS SO ORDERED.**

Dated: August 25, 2015

_____

JEFFREY S. WHITE
United States District Judge

2