# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN A. HARDY and CLAUDIA KRUSE as SPECIAL ADMINISTRATOR FOR THE ESTATE OF GERALD J. VEVERKA,<br><br>          Plaintiffs,<br><br>   v.<br><br>LINCOLN GENERAL INSURANCE COMPANY, a Pennsylvania Corporation; DOES 1 THROUGH 50, INCLUSIVE<br><br>          Defendants.<br>_____ | No. 3:15-cv-02265-JSC<br><br>[~~PROPOSED~~] **ORDER FOR SIXTY DAY STAY OF LITIGATION** |

After full consideration of the Joint Stipulation for Sixty Day Stay of Litigation, and good cause appearing,

///

///

IT IS HEREBY ORDERED THAT:

1. Pursuant to California Insurance Code, Section 1063.6, this matter shall be stayed for sixty days;

2. The completion of Alternative Dispute Resolution, currently scheduled for February 17, 2016, shall be extended to April 20, 2016;

3. Trial, currently scheduled for January 30, 2017, at 8:00 a.m., shall be continued to March 27, 2017, at 8:00 am;

4. Jury selection, currently scheduled for January 25, 2017, at 8:00 a.m., shall be continued to March 22, 2017, at 8:00 am;

5. The Pretrial Conference, currently scheduled for January 9, 2017, at 2:00 p.m., shall be continued to March 6, 2017, at 2:00 pm;

6. The last day to hear dispositive motions, currently scheduled for October 14, 2016, at 9:00 am, shall be continued to December 16, 2016, at 9:00 am;

7. The last day for expert discovery, currently scheduled for September 30, 2016, shall be continued to December 2, 2016; and

8. The close of non-expert discovery, currently scheduled for August 26, 2016, shall be continued to October 28, 2016.

DATED: January 4, 2016

_____
Judge of the U.S. District Court