UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN A. HARDY, et al.,<br><br>  Plaintiffs,<br><br> v.<br><br>LINCOLN GENERAL INSURANCE COMPANY,<br><br>  Defendant. | Case No. 15-cv-02265-JSW<br><br>**ORDER TO SHOW CAUSE AND VACATING PRETRIAL AND TRIAL DATES** |

This matter is scheduled for a pretrial conference on March 6, 2017 at 2:00 p.m. On January 4, 2016, the Court granted a stipulation to stay the litigation for sixty days and also extended certain deadlines in this case, on the basis that a liquidation order had been entered against Defendant. The parties did not file dispositive motions and have not filed pretrial filings. There has been no activity in this case since September 2016, when a notice of appearance was filed on Defendant's behalf. The parties are HEREBY ORDERED TO SHOW CAUSE why the Court should not impose sanctions for failing to comply with this Court's deadlines after the sixty day stay expired and, as to Plaintiff, for failing to properly prosecute this case.

The parties' responses to this Order to Show Cause shall be due by no later than March 17, 2017. The Court VACATES the pretrial, jury selection and trial dates pending receipt of the parties' responses to the Order to Show Cause.

//

//

//

//

//

1       The Court HEREBY ADVISES ALL PARTIES that failure to file a timely response to this Order to Show Cause will result in the Court dismissing this case without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 28, 2017

_____
JEFFREY S. WHITE
United States District Judge